THERESA TORRE, as Administratrix of the Estate of EMILIO TORRE, Deceased, Respondent, *v.* COMPANIA SUD AMERICANA DE VAPORES, Also Known as CHILEAN LINE, Appellant, and JOHN W. McGRATH CORPORATION, Impleaded Defendant-Respondent.

Submitted July 16, 1948; decided July 16, 1948.

*Frederick H. Cunningham* and *Nicholas D. Lamorte* for motion.

*Isidore Halpern, Bernard Meyerson* and *Jacob Hirsch* for plaintiff, opposed.

*William B. Shelton* and *John J. O'Connor* for impleaded defendant-respondent, opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.